

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00187-CR

Fernando **RODRIGUEZ**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2011-CRN-531-D3
Honorable Beckie Palomo, Judge Presiding[1]


BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED September 10, 2014.

_Catherine Stone_
Catherine Stone, Chief Justice

---

[1] The Honorable Elma Teresa Salinas Ender presided over the hearing on the motion to suppress. The Honorable Beckie Palomo presided over the jury trial and signed the judgment.